United States District Court
Southern District of Texas
**ENTERED**
August 10, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Robert Mosteller, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-4162 |
| Gulf Interstate Field Services, Inc., | § § | |
| Defendant. | § § | |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on August __9__, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge